IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARK E. WINTERSTEEN,                    : Chapter 13
                  debtor                                   : Case No.  17-12585

## PRAECIPE TO CORRECT CREDITORS' ADDRESSES ON MAILING MATRIX

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly correct the addresses for the following creditors on the mailing matrix as follows:

FROM:
Web Bank
c/o CAN Capital Asset Servicing, Inc.
155 North 400 West, Suite 315
Salt Lake City, UT  84103-1111

TO:

Web Bank
215 South State St., Ste. 1000
Salt Lake City UT 84111-0000

Additional notice to:
CAN Capital Asset Servicing, Inc.
2015 Vaughn Road NW, Ste. 500
Kennesaw, GA  30144-7831


FROM:
PA State Employees Credit Union
P.O. Box 1006
Harrisburg, PA  17108-1006

TO:
PA State Employees Credit Union
1 Credit Union Place
Harrisburg PA 17110-0000

Dated:  8/1/17                                  /s/ John A. DiGiamberardino, Esquire
                                                   Attorney for debtor