.

PNC Bank
P.O. Box 747032
Pittsburgh, PA 15274-7032