United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12585-jkf
Mark E Wintersteen                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2          Date Rcvd: Dec 07, 2017
                             Form ID: pdf900          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2017.
```
db             +Mark E Wintersteen,    401 Highland Rd.,    Pottstown, PA 19464-4409
cr             +Commonwealth of PA, Dept of Revenue,    c/o Denise A. Kuhn,    Office of the Attorney General,
                21 S. 12th Street, 3rd Floor,    Philadelphia, PA 19107-3604
cr             +Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
cr             +Peter E Bort,    Astor Weiss Kaplan & Mandel, LLP,    200 South Broad Street,    Suite 600,
                Philadelphia, PA 19102,    UNITED STATES 19102-3813
13900434        AAdvantage Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13917386       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13900435       +American Education Services Financial,    P. O. Box 61047,    Harrisburg, PA 17106-1047
13900436        Bankers Healthcare Group,    10234 W. State Road 84,    Davie, FL 33324
13934784       +Bankers Healthcare Group LLC,    201 Solar St.,    Syracuse, NY 13204-1425
13900437       +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
13900438       +Best Buy/Citibank,    P.O. Box 790441,    Saint Louis, MO 63179-0441
14022114       +Case & DiGiamberardino, P.C.,    845 N. Park Road, Ste. 101,    Wyomissing, PA 19610-1342
13900439       +Christopher J. Cali, Esq.,    Bankers Healthcare Group, LLC,    201 Solar Street,
                Syracuse, NY 13204-1425
13900440       +Citi Shell,    P.o Box 6497,    Sioux Falls, SD 57117-6497
13900441        Citizens Bank,    P.O. Box 18290,    Bridgeport, CT 06601-3290
13900442       +Comenity Capital/Overstock,    P.O. Box 182120,    Columbus, OH 43218-2120
13920247       +David I. Grunfeld, Esquire,    Astor, Weiss, Kaplan & Mandel LLP,    200 S. Broad St., Ste. 600,
                Philadelphia, PA 19102-3813
13900443       +Freedom Mortgage Corporation,    10500 Kincaid Drive, Ste. 111,    Fishers, IN 46037-9764
13919884       +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
13900450       +MJ6 Enterprises, P.C.,    36 Red Hill Court,    Newport, PA 17074-8706
13900448        Mastercard,    P.O. Box 13337,    Philadelphia, PA 19101-3337
13900449       +Matthew D. Urban, Esquire,    Weltman, Weinberg & Reis Co., L.PA.,    436 Seventh Avenue,
                Suite 2500,    Pittsburgh, PA 15219-1842
13900451       +One Main,    Suburbia Shopping Center,    34 Glocker Way,    Pottstown, PA 19465-9655
13952033       +PA State Employees C.U.,    c/o Weltman, Weinberg & Reis Co LPA,    436 Seventh Ave., Ste. 2500,
                Pitts., PA 15219-1842
13961454        PNC Bank,    P.O. Box 747032,    Pittsburgh, PA 15274-7032
13920246       +Peter E. Bort, Esquire,    1260 Valley Forge Road,    Phoenixville, PA 19460-2691
13929250       +Peter E. Bort, Esquire,    c/o David I. Grunfeld, Esquire,    Astor Weiss Kaplan & Mandel, LLP,
                200 South Broad Street, Suite 600,    Philadelphia, PA 19102-3813
13900456       +Santander Consumer USA,    P.O. Box 961245,    Ft Worth, TX 76161-0244
13913103       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13900457       +Sunoco/CitiBank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13900460       +TCP Leasing, Inc.,    8364-102 Six Forks Rd.,    Raleigh, NC 27615-5085
13900461       +The Home Depot/Citibank,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
13900462       +U.S. Department of Education,    2401 International Lane,    Madison, WI 53704-3121
13957551        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO Box 8973,    MADISON, WI 53708-8973
13939688       +VW Credit Inc.,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                Phila., PA 19106-1541
13919832       +VW Credit, Inc.,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 08 2017 01:23:09    City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 08 2017 01:22:56    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13900444        E-mail/Text: bankruptcy.notices@hdfsi.com Dec 08 2017 01:23:17
                Harley Davidson Financial Services,    P.O. Box 21829,    Carson City, NV 89721-1829
13900445       +E-mail/Text: fnb.bk@fnfg.com Dec 08 2017 01:22:54    Harleysville National B&T,
                6950 S. Transit Road,    Lockport, NY 14094-6333
13900446       +E-mail/Text: cio.bncmail@irs.gov Dec 08 2017 01:22:24    Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
13919276       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Dec 08 2017 01:22:52    KeyBank N.A.,
                4910 Tiedeman Road,    Brooklyn, OH 44144-2338
13936992        E-mail/PDF: cbp@onemainfinancial.com Dec 08 2017 01:23:39    ONEMAIN,    P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
13900452       +E-mail/PDF: cbp@onemainfinancial.com Dec 08 2017 01:23:40    One Main Financial,
                P.O. Box 1010,    Evansville, IN 47706-1010
13900453       +E-mail/Text: bankruptcynotices@psecu.com Dec 08 2017 01:23:16
                PA State Employees Credit Union,    1 Credit Union Place,    Harrisburg, PA 17110-2912
13987074        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2017 01:23:33
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13902941       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 08 2017 01:23:32
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13939694       +E-mail/Text: bankruptcynotices@psecu.com Dec 08 2017 01:23:17    PSECU,    PO Box 67013,
                Harrisburg, PA 17106-7013
```

```
District/off: 0313-2              User: Randi              Page 2 of 2              Date Rcvd: Dec 07, 2017
                                 Form ID: pdf900          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
13923933      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 08 2017 01:23:20
               Patient First c/o Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
13900454       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 08 2017 01:22:42
               Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
               Harrisburg, PA 17128-0946
13951916      +E-mail/Text: bankruptcynotices@psecu.com Dec 08 2017 01:23:17
               Pennsylvania State Employees Credit Union,    1500 Elmerton Avenue,    Harrisburg, PA 17110-2990
13968977       E-mail/Text: bnc-quantum@quantum3group.com Dec 08 2017 01:22:30
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
13900455      +E-mail/Text: colleen.atkinson@rmscollect.com Dec 08 2017 01:23:20    Receivable Management,
               7206 Hull Street Rd,    North Chesterfield, VA 23235-5826
13984959      +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 01:23:40     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
13900458      +E-mail/PDF: gecsedi@recoverycorp.com Dec 08 2017 01:23:48     Synchrony Bank/Lowes,
               P.O. Box 965005,    Orlando, FL 32896-5005
13900459      +E-mail/Text: tcm.bk@icba.tcmbank.com Dec 08 2017 01:23:13      TCM Bank NA,    P.O. Box 31537,
               Tampa, FL 33631-3537
13900463      +E-mail/Text: vci.bkcy@vwcredit.com Dec 08 2017 01:22:50     VW Credit Inc.,
               1401 Franklin Blvd,    Libertyville, IL 60048-4460
13900464      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 08 2017 01:23:16      Web Bank,
               215 South State St., Ste. 1000,    Salt Lake City, UT 84111-2336
                                                                                           TOTAL: 23


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13900447       Kimberly Joffe
cr*           +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2017 at the address(es) listed below:
```
              DAVID I. GRUNFELD    on behalf of Creditor Peter E Bort dgrunfeld@astorweiss.com,
              jcrismond@astorweiss.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
              dkuhn@attorneygeneral.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Mark E Wintersteen jad@cdllawoffice.com,
              dmk@cdllawoffice.com,reb@cdllawoffice.com
              Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
              nicole@vittilaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
              ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :          **Chapter 13**

**17-12585JKF         MARK E WINTERSTEEN**

                       **Debtor(s)**                    :

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by  Frederick Reigle, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.  Any wage orders previously entered are **VACATED**.

4.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6.  **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.  If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: December 7, 2017**

_____

**JEAN K. FITZSIMON**
**U.S. BANKRUPTCY JUDGE**