```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                  Case No. 17-12585-jkf
Mark E Wintersteen                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 1          Date Rcvd: Dec 28, 2017
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db             +Mark E Wintersteen,    401 Highland Rd.,    Pottstown, PA 19464-4409

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
              DAVID I. GRUNFELD    on behalf of Creditor Peter E Bort dgrunfeld@astorweiss.com,
               jcrismond@astorweiss.com
              DENISE A. KUHN    on behalf of Creditor    Commonwealth of PA, Dept of Revenue
               dkuhn@attorneygeneral.gov
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Mark E Wintersteen jad@cdllawoffice.com,
               dmk@cdllawoffice.com,reb@cdllawoffice.com
              Lois M. Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    VW Credit, Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  MARK E. WINTERSTEEN,            : Chapter 13
                debtor            : Case No.  17-12585

**ORDER**

Upon consideration of the Application for Allowance of Compensation of John A. DiGiamberardino, Esquire, pursuant to Section 330 of the United States Bankruptcy Code, it is Ordered that the aforesaid application for counsel fees is approved in the amount of $3,304.80 and advanced costs in the amount of $195.20.

BY THE COURT:

**Date: December 28, 2017**

_____